UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNIVERSITY HOSPITALS OF CLEVELAND, | ) ) ) ) | CASE NO.1:02CV428 |
| Plaintiff, | ) ) ) | JUDGE CHRISTOPHER A. BOYKO |
| vs. | ) ) | |
| SOUTH LORAIN MERCHANTS ASSOCIATION HEALTH & WELFARE BENEFIT PLAN AND TRUST | ) ) ) ) | **ORDER** |
| Defendant. | ) | |

The Court has been advised the action has settled. Therefore, it is not necessary the action remain on the calendar of the Court.

IT IS ORDERED this action is closed. It shall be marked settled and dismissed, with prejudice, each party to bear its own costs. The Court shall retain jurisdiction to (1) vacate this Order and reopen the action upon cause shown that settlement has not been completed and further litigation is necessary or (2) alter the terms of settlement and dismissal upon agreement of the parties.

IT IS SO ORDERED.

_4/21/08_
Date

_Christopher A. Boyko_
CHRISTOPHER A. BOYKO
United States District Judge