IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **UNIVERSITY HOSPITALS OF CLEVELAND** | ) | CASE NO. 1:02CV428 |
| | ) | |
| | ) | JUDGE MATIA |
| Plaintiff | ) | |
| | ) | |
| v. | ) | **DISMISSAL ENTRY** |
| | ) | |
| **SOUTH LORAIN MERCHANTS ASSOCIATION HEALTH & WELFARE BENEFIT PLAN & TRUST** | ) | |
| | ) | |
| Defendant | ) | |

Plaintiff, the University Hospitals of Cleveland, hereby dismisses all claims pending against the Defendant, each Party to bear its own costs.

IT IS SO ORDERED.

s/Christopher A. Boyko
United States District Court Judge

May 22, 2008

**DREYFUSS WILLIAMS & ASSOCIATES CO., L.P.A.**

/s/Daniel W. Dreyfuss
Daniel W. Dreyfuss      #0025234
1801 East 9th Street – Suite 1110
Cleveland, Ohio 44114-3103
(216) 241-5300
(216) 241-2735 (fax)
ddreyfuss@dreyfuss.com
Attorney for Plaintiff

**ROETZEL & ANDRESS, LPA**

/s/Paul L. Jackson
Paul L. Jackson      #0040198
222 South Main Street
Akron, Ohio 44308
(330) 376-2700
(330) 376-4577 (fax)
pjackson@raloaw.com
Attorney for Defendant

## CERTIFICATE OF SERVICE

A copy of the foregoing Dismissal Entry was served via the Court's electronic filing system upon Paul L. Jackson of Roetzel & Andress, Attorneys for Defendant at 222 South Main Street, Akron, Ohio 44308, on the 21st day of May, 2008.

DANIEL W. DREYFUSS CO., L.P.A.

/s/Daniel W. Dreyfuss
Daniel W. Dreyfuss    #0025234
